IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY H. SZOSTEK, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| | : NO. 12-2921 |
| DREXEL UNIVERSITY, | : |
| Defendant. | : |

## ORDER

**AND NOW**, this ___ day of September, 2013, upon consideration of Defendant's Motion for Summary Judgment (Docs. 14 & 18), Plaintiff's Response in Opposition (Doc. 15), Plaintiff's Reply (Doc. 20), and Defendant's Sur-Reply (Doc. 23), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **GRANTED** on all Counts.[1]

**IT IS FURTHER ORDERED** the Clerk of Court shall mark the above-captioned as **CLOSED** for statistical purposes.

                                          **BY THE COURT:**

                                          **/s/ Petrese B. Tucker**

                                          _____
                                          **Hon. Petrese B. Tucker, C. J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated September ___, 2013.