IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY H. SZOSTEK,

   Plaintiff,

v.

DREXEL UNIVERSITY,

   Defendant.

: CIVIL ACTION
:
: NO. 12-2921

FILED
DEC 18 2013
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 16th day of December, 2013, upon consideration of Plaintiff's Motion for Reconsideration and/or to Alter Judgment Pursuant to F.R.C.P. 59(e) (Doc. 34) and Defendant's Response in Opposition thereto (Doc. 35), **IT IS HEREBY ORDERED AND DECREED** that Plaintiff's Motion is **DENIED**.[1]

**IT IS FURTHER ORDERED** that Plaintiff's request for oral argument is **DENIED**.

                BY THE COURT:

                *Petrese B. Tucker*
                Hon. Petrese B. Tucker, C. J.

---

[1] This Order accompanies the Court's Memorandum Opinion dated December 16, 2013.